HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY and KAREN FUJITA,

    Plaintiffs,

    v.

JACK LEW, INTERNAL REVENUE SERVICE, and JOHN KOSKINEN,

    Defendants.

CASE NO. C14-01688RAJ

MINUTE ORDER

    The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

    This matter comes before the court on defendants' motion for extension of time to file response to complaint. Dkt. # 5. The court finds good cause to extend the deadline to respond to the complaint by 30 days. Defendants' response will be due on February 2, 2015.

    Dated this 9th day of January, 2015.

WILLIAM M. MCCOOL
Clerk

s/Rhonda Stiles
Deputy Clerk

MINUTE ORDER – 1