Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY and KAREN FUJITA, ) | Case No. 14-cv-01688-RAJ |
| Plaintiffs, ) | |
| v. ) | **UNITED STATES' REPLY IN SUPPORT OF MOTION TO DISMISS** |
| JACK LEW, INTERNAL REVENUE SERVICE, and JOHN KOSKINEN, ) | **Note on Motions Calendar: February 27, 2015** |
| Defendants. ) | |

The United States of America, on behalf of the named defendants, the Internal Revenue Service and federal officers Jack Lew and John Koskinen, submits this reply to the Plaintiffs' Response in Opposition to the United States' Motion to Dismiss.

In their response, the Plaintiffs continue to advance the same frivolous arguments stated in their Complaint, while making additional frivolous or inapposite points. They make no legitimate or cogent argument in response to the points that the United States raised in its Motion to Dismiss. The United States thus relies on the arguments it made in that motion and respectfully requests that the Court dismiss the named defendants and substitute the United

UNITED STATES' REPLY
IN SUPPORT OF MOTION TO DISMISS
Case No. 14-cv-01688-RAJ

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

1  States as the proper party defendant, and dismiss the Plaintiffs' Complaint, with prejudice,

2  pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

3

4  DATED this 25th day of February, 2015.

5

6                                         Respectfully submitted,

7                                         CAROLINE D. CIRAOLO
                                          Principal Deputy Assistant Attorney General

8                                         /s/ Charles J. Butler
9                                         CHARLES J. BUTLER
                                          Trial Attorney, Tax Division
10                                        U.S. Department of Justice
                                          P.O. Box 683
11                                        Washington, D.C.  20044
                                          202-514-6062 (v)
12                                        202-307-0054 (f)
                                          Charles.J.Butler@usdoj.gov

13                                        Of Counsel:
14
                                          ANNETTE L. HAYES
15                                        Acting United States Attorney

16                                        Counsel for Defendants

17

18

19

20

21

22

23

UNITED STATES' REPLY
IN SUPPORT OF MOTION TO DISMISS                    2
Case No. 14-cv-01688-RAJ

U.S. DEPARTMENT OF JUSTICE
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of February, 2015, I filed the foregoing with the Clerk of Court using the CM/ECF system.  The CM/ECF system will send notice of this filing to the Plaintiffs, who are registered to receive electronic service.

                */s/ Charles J. Butler*
                Charles J. Butler
                Trial Attorney
                United States Department of Justice, Tax Division

UNITED STATES' REPLY
IN SUPPORT OF MOTION TO DISMISS
Case No. 14-cv-01688-RAJ

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-6062