UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHIGNTON
AT SEATTLE

| | |
|---|---|
| GARY FUJITA and KAREN FUJIITA, | Cause No. 14-CV01688-RAJ |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41**(A)(1)(a)(ii) |
| v. | |
| JACK LEW, et ano. | |
| Defendants. | |

TO: CLERK OF THE COURT

AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT PLAINTIFFS GARY FUJITA AND KAREN FUJITA  hereby voluntarily dismiss their claims without prejudice pursuant to Federal Rule of Civil Procedure 41 (A)(1)(a)(ii)

Law Office of Donna Beasley Gibson

_/s/ Donna Gibson_
Donna Gibson, WSBA 33583
Attorney for Plaintiffs

**STIPULATION FOR ORDER OF DISMISSAL**
  **-Page** 1-

Law Office of Donna Beasley Gibson, PLLC
100 Andover Park West, Suite 150-184
Tukwila, WA  98188
206-242-5529

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

**STIPULATION FOR ORDER OF DISMISSAL**
  **-Page** 2-

**Law Office of Donna Beasley Gibson, PLLC**
100 Andover Park West, Suite 150-184
Tukwila, WA   98188
206-242-5529